*E-Filed 9/3/10 *

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Karen Hansen,                                                              No. C 10-00377  RS

        Plaintiffs,                                          **STANDBY ORDER TO SHOW CAUSE**

  v.

Safeway, Inc., et al.,

        Defendants.

_____/

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **November 24, 2010**.   If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 2, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

No. C 10-00377  RS
STANDBY ORDER TO SHOW CAUSE

IT IS SO ORDERED.

Dated:  9/3/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE