KENNETH J. KROOPF, Esq.
(State Bar No. 64300)
PATRICIA K. GAUDOIN, Esq.
(State Bar No. 250500)
KENNETH J. KROOPF
A Professional Law Corporation
500 Lighthouse Avenue, Suite A
Monterey, California  93940
(831) 373-7762

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN HANSEN, an individual,

    Plaintiff,

v.

SAFEWAY, INC., a Delaware Corporation; ANTHONY CASTRO, aka TONY CASTRO, an individual; and DOES 1 through 25, inclusive.

    Defendants.

**Case No. CV 10-0377**

**(PROPOSED) ORDER**

DISMISSAL

Judge: Honorable R. Seeborg

Based upon the STIPULATION of the parties, IT IS HEREBY ORDERED that the foregoing matter be DISMISSED WITH PREJUDICE.

Dated: 9/23/10

_____
Judge of the United States District Court
Northern District of California

-1-

(PROPOSED) ORDER                            Case No. CV10-0377